1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  JOHN H. HEMANN (CABN 165823)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6937
7      FAX: (415) 436-7234
       kohn.hemann@usdoj.gov
8
   Attorneys for the United States of America
9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN FRANCISCO DIVISION
12
   UNITED STATES OF AMERICA,              ) CASE NO. 3:19-71824-TSH
13                                        )
           Plaintiff,                     ) NOTICE RE ARREST AND
14                                        ) [PROPOSED] ORDER
                                          )
15         v.                             )
                                          )
16 AHMAD ABOUAMMO;                        )
   AHMED ALMUTAIRI, a/k/a AHMED           )
17 ALJBREEN; and ALI ALZABARAH,           )
                                          )
18         Defendants.                    )
                                          )
19 _____)

20         At the time of the charging of this case, this Court entered an order that the case be sealed until

21 the arrest of defendant Ahmad Abouammo.  Abouammo was arrested in the Western District of

22 Washington, so the case is now unsealed.  The United States respectfully requests that this Court enter

23 the proposed Order set forth below, directing the Clerk of the Court to publicly unseal the entire case,

24 including the arrest warrants, application for an arrest warrant, supporting affidavit, sealing order, and

25 //

26 //

27 //

28 //

APPLICATION TO UNSEAL CASE

1

1 | all other filed documents associated with the above-captioned matter.

2

3 | Date: November 6, 2019.          Respectfully submitted,

4 |                                   DAVID L. ANDERSON
                                     United States Attorney

5

6

7 |                                   JOHN H. HEMANN
                                     Assistant United States Attorney

8

9

10

11

12

13 |                         UNSEALING ORDER

14 |     Based upon the above Application, and for good cause appearing, the COURT HEREBY

15 | ORDERS that the case and all documents filed in the case shall be filed unsealed on the public docket.

16

17 |     IT IS SO ORDERED.

18

19 | Date: 11/6/19

20 |                                   HON. THOMAS S. HIXSON
                                     UNITED STATES MAGISTRATE JUDGE