IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

AHMAD ABOUAMMO,

    Defendant.

No. C 19-71824 WHA

**ORDER PENDING RULING ON MOTION FOR REVOCATION OF MAGISTRATE JUDGE ORDER OF RELEASE ON BOND CONDITIONS**

    The defendant Ahmad Abouammo shall remain in detention in the custody of the United States Marshal Service pending further order. A hearing on his detention shall be set for **TUESDAY, NOVEMBER 12 AT 2 P.M.** The parties are, however, free to stipulate to hold the hearing before a duty magistrate judge in this district instead.

    **IT IS SO ORDERED.**

Dated: November 8, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE